UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**BRAIAN ADLER**,

    Plaintiff,

v.                           CASE NO.    3:16-cv-1559-J-25MCR

**RESURGENT CAPITAL SERVICES, L.P.**
and **LVNV FUNDING, LLC,**

    Defendants.

_____/

## O R D E R

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Dkt. 8), it is

**ORDERED** that this action is **DISMISSED with prejudice.** The Clerk is directed

to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of February,

2017.

_____
**HENRY LEE ADAMS, JR.**
United States District Judge

Copies to:  Counsel of Record